1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Caballero-Mendez

*E-FILED - 12/22/08*

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,           )     No. CR-08-00842-RMW
12                                      )
                    Plaintiff,          )     [] ORDER RE: COMPETENCY
13                                      )     EXAMINATION
   vs.                                  )
14                                      )
   DAVID CABALLERO-MENDEZ,             )
15                                      )
                    Defendant.          )
16  _____ )

17

18      GOOD CAUSE APPEARING, upon request of Defendant David Caballero-Mendez, by

    and through counsel, IT IS HEREBY ORDERED that the defendant's mental competency to
19
    stand trial shall be evaluated at a Bureau of Prisons medical/psychiatric facility and at such a
20
    location as determined by the Bureau of Prisons.
21
    IT IS SO ORDERED.
22
    Dated:   12/22/08
23
                                              _Ronald M. Whyte_____
24                                            THE HONORABLE RONALD M. WHYTE
                                              United States District Court
25

26

[] Order                                     1