1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX: (408) 535-5035                    *E-FILED - 1/21/09*

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 08-00842 RMW
14                                  )
         Plaintiff,                 )   STIPULATION AND []
15       v.                         )   ORDER RESCHEDULING THE
                                    )   JANUARY 12, 2009 STATUS HEARING
16 DAVID CABALLERO-MENDEZ,          )   AND EXCLUDING TIME FROM THE
                                    )   SPEEDY TRIAL ACT CALCULATION
17       Defendant.                 )   (18 U.S.C. §§ 3161(h)(8)(A), (B)(iv))
                                    )
18 _____

19      The parties are currently scheduled to appear before this Court on January 12, 2009 at

20 9:00 a.m. for a status hearing. On December 22, 2008 the Court granted defendant's Motion to

21 Determine Mental Competency. As of the date of this stipulation, the Bureau of Prisons has not

22 completed its examination of the defendant or submitted its report to the Court. Therefore, in the

23 interests of judicial economy, the government and defense request a continuance of the January

24 12, 2009 hearing to March 2, at 9:00 a.m. (or other date convenient for the Court) and an

25 exclusion of time under the Speedy Trial Act.

26      The parties stipulate that the time between January 12, 2009 and the new hearing date is

27 excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the

28 requested continuance would unreasonably deny the defendant reasonable time necessary for

*US v. Cabellero-Mendez*, CR 08-00842 RW
Stipulation and [] Order re Hearing, Excluding Time

1  effective preparation.  The parties further agree that the ends of justice served by granting the
2  requested continuance outweigh the best interests of the public and the defendant in a speedy trial
3  and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
4
5  DATED: January 12, 2009                         JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6
7
8                                                          /S/
                                                   _____
                                                   GRANT P. FONDO
9                                                  Assistant United States Attorney
10
                                                           /S/
                                                   _____
11                                                 MANUEL A. ARAUJO
                                                   Assistant Federal Public Defender
12
13
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*US v. Cabellero-Mendez*, CR 08-00842 RW
Stipulation and [] Order re Hearing, Excluding Time

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the January 12, 2009 status hearing in the above-entitled matter be rescheduled to March 2, 2009 at 9:00 a.m. and that the time from January 12, 2009 through March 2, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   1/21/09

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

*US v. Cabellero-Mendez*, CR 08-00842 RW
Stipulation and [XXXXX] Order re Hearing, Excluding Time